# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

| CASE NAME: Williams v. Walker, et al | CASE NO. 05-1004 | Beginning Date of Hearing: 2/10/05 | Type of Hearing: Merit Review Hearing  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Mason Williams | N-73834 | Pontiac Corr Center | 2/10/05 | 2:45 PM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   January 11, 2005

JOHN M. WATERS, CLERK  
UNITED STATES DISTRICT COURT

BY:   s/ C. Douglas  
          DEPUTY CLERK

CC: Video Clerk  
 Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

**To:**  Warden, Pontiac Correctional Center
815/842-3420
Urbana Video Clerk, 217/373-5834

**Date:** January 11, 2005

04-1439

**Pages:** 2, including this cover sheet.

**From:**  Chad

**Subject:**  Scheduling of Video Conferencing Equipment

COMMENTS:
    Wardens:
        Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | January 11, 2005 |
| **Fax #:** | 217/524-6856 | **Pages:** | 2, including this cover sheet. |
| **From:** | Chad | | |
| **Subject:** | Scheduling of Video Conferencing Equipment | | |

COMMENTS:   This is for 04-1439

      IDOC, Video Scheduler:
         Please schedule the video time as indicated.  THIS IS A MULTI-POINT CONNECTION. If you have any questions, please do not hesitate to call me.

      *Confirmation needed*