# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

Mason Williams on behalf of
himself and those similarly situated

vs.                                                              Case Number:   **05-1004**

Rodger Walker, Director of Illinois Department of
Corrections; Guy D Pierce, Warden and the Chief
Administrative Officer; Melvin, Acting Assistant Warden;
Liebach, Assistant Warden; Benny Dallas, Lieutenant; Brewer,
Lieutenant; Kennedy, Major/Unit Manager; Davidson, Major;
Angus, Mental Psychiatrist; Kowalaski, Doctor in charge of
mental health

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed pursuant to 28 U.S.C. 1915(g).

ENTER this 19th day of January, 2005

JOHN M. WATERS, CLERK

/s/ K. Burns

_____
BY:  DEPUTY CLERK